UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )
                                    )   Criminal Action No. 04-273 (RBW)
WILLIAM L. LAWSON,                  )
                                    )
        Defendant.                  )
_____)

## ORDER

On April 29, 2020, the defendant, William Lawson, filed an Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i) ("Def.'s Mot." or "the defendant's motion for compassionate release"), in which he "requests that th[e] Court grant him compassionate release." Def.'s Mot. at 1. Thereafter, the government filed its opposition to the defendant's motion for compassionate release. See generally Government's Opposition to Defendant's Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i). On May 12, 2020, the defendant filed his Reply in Support of Motion for Compassionate Release as well as a motion to "file his medical [ ] and prison records . . . under seal." See Motion For Leave to File Sealed Exhibits at 1. On May 13, 2020, after hearing arguments on the parties' respective positions, the Court granted the defendant's motion for compassionate release. This Order memorializes the Court's oral rulings issued at the motion hearing held on May 13, 2020.

Pursuant to 18 U.S.C. § 3582, a court "may reduce the term of imprisonment" once it has been imposed

> upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons [("BOP")] to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such

> a request by the warden of the defendant's facility, whichever is earlier, . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that . . . extraordinary and compelling reasons warrant such a reduction . . . and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(1)(A).

Here, the unique circumstances of this case warrant compassionate release. As an initial matter, the Court notes that in light of the defendant's projected release date of June 8, 2020, requiring the defendant to first seek relief through the BOP's administrative process would be futile given the likelihood that the defendant could not exhaust his administrative appeals during his remaining twenty-six days of imprisonment. In addition, but for an inadvertent mistake on the part of the BOP, the defendant would have been placed in a halfway house earlier this year in March. Furthermore, the defendant, who has been diagnosed with mild chronic asthma, has had his symptoms worsen during his period of incarceration, which make him more susceptible to the adverse effects of COVID-19. Accordingly, it is hereby

**ORDERED** that the Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 109, is **GRANTED**. It is further

**ORDERED** that the defendant's previously imposed sentence of imprisonment of twenty-four months is reduced to time-served. It is further

**ORDERED** that the defendant be immediately released from custody on his sentence in this case. It is further

**ORDERED** that the Motion For Leave to File Sealed Exhibits, ECF No. 111, is **GRANTED**. It is further

**ORDERED** that the defendant's medical and prison records, ECF Nos. 111-1 and 111-2,

are **ACCEPTED AS FILED**, and the Clerk of the Court shall file them as a separate entry on the docket under seal.

    **SO ORDERED** this 13th day of May, 2020.

                                              REGGIE B. WALTON
                                              United States District Judge